963 A.2d 816

IN THE MATTER OF ANTHONY J. FUSCO, JR., AN ATTORNEY AT LAW (ATTORNEY NO. 251311972).

January 20, 2009.

### ORDER

The Disciplinary Review Board having filed with the Court its decisions in DRB 08–177 and DRB 07–386, concluding that **ANTHONY J. FUSCO, JR.,** of **PASSAIC,** who was admitted to the bar of this State in 1972, should be reprimanded for the unethical conduct established in DRB 08–177, and suspended from the practice of law for a period of one year for the unethical conduct found in DRB 07–386;

And the Disciplinary Review Board having determined that respondent's conduct in DRB 08–177 violated *RPC* 3.3(a)(1) (knowingly making a false statement of material fact or law to a tribunal), *RPC* 8.1(a) (knowingly making a false statement of material fact in connection with a disciplinary matter), *RPC* 8.4(c)

(conduct involving dishonesty, fraud, deceit or misrepresentation), and having also determined that respondent's conduct in DRB 07–386 violated *RPC* 5.3(a) (failure of law firm to adopt and maintain reasonable efforts to ensure that the conduct of nonlawyer employees is compatible with the lawyer's professional obligations), *RPC* 5.4(a) (sharing legal fees with a nonlawyer), *RPC* 7.3(d) (compensating or giving something of value to a person to recommend the lawyer's employment by a client or as a reward for having made a recommendation resulting in the lawyer's employment by a client), and *RPC* 8.3(a) (failing to inform disciplinary authorities of another lawyer's violation of the *Rules of Professional Conduct* that raises a substantial question as to that lawyer's honesty, trustworthiness, or fitness as a lawyer), and *RPC* 8.4(c) (conduct involving dishonesty fraud, deceit or misrepresentation);

And the Court having determined from its review of the matter that respondent's unethical conduct in DRB 08–177 warrants a reprimand and a three-month suspension in DRB 07–386;

And good cause appearing;

It is ORDERED that **ANTHONY J. FUSCO, JR.,** is hereby reprimanded; and it is further

ORDERED that **ANTHONY J. FUSCO, JR.,** is suspended from the practice of law for a period of three months, effective February 20, 2009, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC*

8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.